FILED'08 JAN 15 14:12USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LENNIE TY DAVIDSON,

        Plaintiff,

v.

UNKNOWN DEPUTY, et al.,

        Defendants.

Civ. No. 07-3081-CL

**ORDER**

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff has not filed objections.

I have reviewed the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error in the Findings and Recommendation. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

/ / / /

/ / / /

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#5) is adopted. This action is dismissed without prejudice, and the claims in this action are incorporated in <u>Davidson v. Multnomah County Sheriff</u>, Civ. No. 07-1304-CL.

IT IS SO ORDERED.

DATED this 15 day of January, 2008.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER